IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | No. 92-504-6 |
| LORENZO DUNCAN | : | |

## **ORDER**

AND NOW, this 3rd day of May, 2013, upon consideration of Defendant Lorenzo Duncan's Petition for Reconsideration of Motion for Modification of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and the Government's amended response thereto, and following an April 26, 2013, teleconference with counsel for both parties, it is ORDERED the petition (Document 792) is GRANTED. Duncan's sentence of imprisonment is REDUCED to 359 months on all counts of conviction, all such terms to run concurrently. All other terms and conditions of the Judgment shall remain unchanged. The Judgment shall be amended to reflect the reduced sentence set forth herein.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez